**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael S. Isadore** | Social Security number or ITIN  **xxx–xx–5098** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:  **20–21774**

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael S. Isadore

March 23, 2021                                    **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                      United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 20-21774-LAH |
| Michael S. Isadore | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2021 | Form ID: 318 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S. Isadore, 15331 Burr Oak Road, Plano, IL 60545-9620 |
| 29163662 | | Aurora Emergency Physicians LLC, Attn: #21797R, PO BOX 14000, Belfast, ME 04915-4033 |
| 29163664 | | BMO Harris, P.O. Box 2035, Milwaukee, WI 53201-2035 |
| 29163667 | + | CB/Fron, PO Box 182120, Columbus, OH 43218-2120 |
| 29163668 | + | CB/The, PO Box 182120, Columbus, OH 43218-2120 |
| 29163669 | + | CB/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 29163673 | + | Edward-Elmhurst Hospital, PO Box 140250, Toledo, OH 43614-0250 |
| 29163674 | + | Goldman Sachs Bank USA, PO box 45400, Salt Lake City, UT 84145-0400 |
| 29163678 | + | Mercury Card /FB & T, 1415 Warm Springs Rd., Columbus, GA 31904-8366 |
| 29163679 | + | Northland Group, 7831 Glenroy Rd., Edina, MN 55439-3133 |
| 29163680 | | Pathology Assoc. of Aurora, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 29163681 | | Rush Copley Medical Group, 1256 WATERFORD DR, Suite 230, Aurora, IL 60504-4511 |
| 29163683 | + | SYW MC/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 29163684 | | THD/CBNA (Home Depot), PO Box 6497, Sioux Falls, SD 57117-6497 |
| 29163685 | | Wintrust Mortgage Corp, 1 South 660 Midwest Road, Suite 100, Villa Park, IL 60181 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QZLZIELINSKI.COM | Mar 24 2021 02:08:00 | Zane Zielinski, Zane Zielinski P.C., 6336 North Cicero, Suite 201, Chicago, IL 60646-4448 |
| 29213558 | | EDI: ATLASACQU | Mar 24 2021 02:08:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 29163663 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 24 2021 01:35:41 | Best EGG/SST, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 29163665 | + | EDI: AIS.COM | Mar 24 2021 02:08:00 | Cap One, Bankruptcy Department, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 29163666 | | EDI: CAPITALONE.COM | Mar 24 2021 02:08:00 | Capital One Bank USA NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 29163670 | + | EDI: CITICORP.COM | Mar 24 2021 02:08:00 | Citi, Attn: Bankruptcy Department, 701 East 60 Street North, Sioux Falls, SD 57104-0493 |
| 29163671 | + | EDI: CITICORP.COM | Mar 24 2021 02:08:00 | Citibank NA, PO Box 769006, San Antonio, TX 78245-9006 |
| 29163672 | | EDI: DISCOVER.COM | Mar 24 2021 02:08:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850 |
| 29163675 | | Email/Text: rev.bankruptcy@illinois.gov | Mar 24 2021 02:27:00 | Illinois Department of Revenue, Bankrtupcy Section, PO Box 19035, Springfield, IL 62794-9035 |
| 29163676 | | Email/Text: rev.bankruptcy@illinois.gov | Mar 24 2021 02:27:00 | Illinois Dept. of Revenue, Bankruptcy Unit, P.O. Box 19035, Springfield, IL 62794-9035 |
| 29163677 | | EDI: IRS.COM | | |

Case 20-21774  Doc 15  Filed 03/25/21  Entered 03/25/21 23:16:59  Desc Imaged
Certificate of Notice  Page 4 of 4

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2021 | Form ID: 318 | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| | | Mar 24 2021 02:08:00 | IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29163682 | EDI: RMSC.COM | Mar 24 2021 02:08:00 | SYNCB/JC PENNEY DC, PO Box 965007, Orlando, FL 32896-5007 |
| 29164122 | + EDI: RMSC.COM | Mar 24 2021 02:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2021        Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David M Siegel | on behalf of Debtor 1 Michael S. Isadore davidsiegelbk@gmail.com  R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Zane Zielinski | trustee@zanezielinski.com  zzielinski@ecf.axosfs.com |

TOTAL: 3